149 A.3d 294

THE PALISADES AT FORT LEE CONDOMINIUM ASSOCIATION, INC., PLAINTIFF-RESPONDENT, v. 100 OLD PALISADE, LLC., ET AL., DEFENDANTS, AND AJD CONSTRUCTION CO., INC., LUXURY FLOORS, INC., AND BENFATTO MASONRY, INC., DEFENDANTS, AND FORSA CONSTRUCTION, INC., DEFENDANT-PETITIONER.AND OTHER RELATED CASES

Filed August 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004292-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

149 A.3d 295

THE PALISADES AT FORT LEE CONDOMINIUM ASSOCIATION, INC., PLAINTIFF-RESPONDENT, v. 100 OLD PALISADE, LLC., ET AL., DEFENDANTS, AND AJD CONSTRUCTION CO., INC., LUXURY FLOORS, INC., AND FORSA CONSTRUCTION, INC., DEFENDANTS, AND BENFATTO MASONRY, INC., DEFENDANT-PETITIONER.AND OTHER RELATED CASES

FILED August 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004292-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

149 A.3d 295

STATE OF NEW JERSEY, PLAINTIFF-CROSS-RESPONDENT,
v. DANIEL KEITH JACKSON, DEFENDANT-CROSS-
PETITIONER.

FILED August 5, 2016

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-001591-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.

149 A.3d 295

IN THE MATTER OF COUNTY OF ATLANTIC, RESPONDENT-
PETITIONER, AND PBA LOCAL 243, CHARGING PARTY, AND
FOP LODGE 34 AND PBA LOCAL 77, CHARGING PARTIES-
RESPONDENTS.

August 5, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2477-13 and A-107-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.